# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2019

Hon. John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Frias v. United States of America**
    **16 Cv. 5087 (JGK)**
    **07 Cr. 103 (JGK)**

Your Honor:

> *The petition is withdrawn without prejudice. The Clerk is directed to close all pending motions and to close this case.*
>
> *So Ordered.*
> *12/17/19*   [signed] John G. Koeltl
>                     U.S.D.J.

Plaintiff asks leave to withdraw his petition in the above captioned matter which challenges his conviction on Count 2 on the underlying indictment. Mr. Frias was released from custody in February of 2017 and his term of supervised release is due to expire in February of 2020. He is serving concurrent three years terms of supervised release on Counts 1 and 2.

Thank you for your attention to this matter

Respectfully submitted,

Mark B. Gombiner
Attorney for Jordany Frias

cc: A.U.S.A. Laurie Korenbaum

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-17-19